# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBI BORDEN on behalf of RICHARD ALAN BORDEN, deceased,<br><br>        Plaintiff,<br><br>        v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:19-cv-05156-VEB<br><br>**ORDER APPROVING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of FOUR THOUSAND NINE-HUNDRED DOLLARS and 00/100 ($4,900.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

Dated this 21st day of April, 2021,

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE